**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald Wayne RAY, Jr., Defendant–**
**Appellant.**

**No. 08–16487**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 18, 2009.

Arthur J. Madden, III, Madden & Soto, Mobile, AL, for Defendant–Appellant.

Before BIRCH, HULL and COX, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Donald Wayne Ray, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ray's conviction and sentence are **AFFIRMED.**